IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BERKLEY REGIONAL INSURANCE COMPANY                PLAINTIFF

v.                         No. 4:14-cv-141-DPM

MAY CONSTRUCTION COMPANY, INC.;
LEWIS W. MAY; and DEBRA J. MAY                    DEFENDANTS

ORDER

The parties advised the Court in March, № 15, that either they would have settled the case, or they would propose a consent Judgment, by 15 April 2015. Please fie a joint report advising the Court where things stand by 29 April 2015.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2015