IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BERKLEY REGIONAL INSURANCE COMPANY     PLAINTIFF

v.     No. 4:14-cv-141-DPM

MAY CONSTRUCTION COMPANY, INC.;
LEWIS W. MAY; and DEBRA J. MAY     DEFENDANTS

## CONSENT JUDGMENT

1. This Court has personal and subject matter jurisdiction, and venue is proper.

2. Defendants admit all the facts pleaded in the complaint, № 1.

3. Berkley Regional Insurance Company shall therefore have judgment against May Construction Company, Inc., Lewis W. May, and Debra J. May, jointly and severally, for $3,384,503.79. This total includes:

| | |
|---|---|
| Damages | $2,987,422.94 |
| Pre-Judgment Interest (accrued from 14 January 2013 at 6.00% per annum) | + $386,971.04 |
| Costs | +    $550.00 |
| Attorney's Fees | +   $9,559.81 |
| Total | $3,384,503.79 |

Post-judgment interest will accrue at 6.00% per annum* from today until this Consent Judgment is paid in full. Execution and garnishment may issue in accordance with applicable law.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

18 May 2015

---

\* The statutory rate would be .25 percent. The parties have agreed to the higher rate as part of a compromise to end this case.